**FOX ROTHSCHILD LLP**
Formed in the Commonwealth of Pennsylvania
By:   John C. Atkin, Esq.
Princeton Pike Corporate Center
997 Lenox Drive, Building 3
Lawrenceville, NJ  08648-2311
Tel: (609) 896-3600
Fax: (609) 896-1469
jatkin@foxrothschild.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE subscriber assigned IP address 100.1.142.26, <br><br> Defendant. | Case No. 2:17-cv-13284-CCC-SCM <br><br><br> **[PROPOSED] ORDER** |

**THIS MATTER** having been opened to the Court by John C. Atkin, Esq., on behalf of Plaintiff Strike 3 Holdings, LLC ("Plaintiff"), on a Motion for an extension of time within in which to effectuate service of process in this matter, pursuant to Federal Rule of Civil Procedure 4(m); it appearing that Defendant John Doe subscriber assigned IP address 100.1.142.26 ("Defendant") has not yet been served in this matter; the Court having considered Plaintiff's written submissions in

connection with the motion pursuant to Federal Rule of Civil Procedure 78, and for good cause shown,

**IT IS** on this _____ day of _____, 2018,

**ORDERED** that Plaintiff's motion is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiff's time to effectuate service of process on Defendant is extended to May 18, 2018.

By: _____
The Honorable Steven C. Mannion
United States Magistrate Judge