

**Fox Rothschild LLP**
ATTORNEYS AT LAW
Mail: P. O. Box 5231, Princeton, NJ 08543-5231

Princeton Pike Corporate Center
997 Lenox Drive
Building 3
Lawrenceville, NJ 08648-2311
Tel (609) 896-3600  Fax (609) 896-1469
www.foxrothschild.com

Office Managing Partner
Douglas J. Zeltt

JOHN C. ATKIN
Direct No:  609.895.3327
Email: JAtkin@FoxRothschild.com

April 13, 2018

<u>**Via ECF**</u>

The Honorable Stephen C. Mannion
United States District Court for District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re:    <u>**Strike 3 Holdings, LLC v. John Doe subscriber assigned IP address 100.1.142.26**</u>
            <u>**Dkt. No. 2:17-cv-13284-CCC-SCM**</u>

Judge Mannion:

      As you know, we represent Plaintiff Strike 3 Holdings, LLC ("Strike 3") in the above-referenced matter.  We respectfully write to inform the Court of a clerical error in the Order entered on March 27, 2018 [ECF No. 8], which identifies the plaintiff as "Malibu Media, LLC."

      In order to avoid any objection by the Internet Service Provider to Strike 3's subpoena, we respectfully request the Court to enter an amended order indicating that Strike 3 Holdings, LLC is the party plaintiff in this matter.

      Thank you for your attention to this matter.

                                      Respectfully submitted,

                                      */s/ John C. Atkin*

                                      John C. Atkin

The Honorable Steven C. Mannion
United States Magistrate Judge
April 13, 2018
Page 2

cc:     Melissa Brabender, Esq. (via email and regular mail)